IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

(ATLANTA)

IN RE:

Rolinda Denise  Lett

Debtor:

Olympus Borrower 1, LLC

Movant

v.

Rolinda Denise Lett, Debtor,

Cathy L. Scarver, Trustee

Respondents.

CASE NO. 26-50968-sms

CHAPTER 7

JUDGE SAGE M. SIGLER

---

RESPONSE TO OLYMPUS BORROWER 1, LLC

MOTION FOR RELIEF FROM AUTOMATIC STAY

I, Rolinda Denise Lett hereby a tenant at 10662 Village Landing Jonesboro, GA 30238, since 10/15/2021.  I have paid Progress Residential Management Services over $100,000.00 for rent since I began my lease.

In January 2026 I contacted Progress Residential requesting a change to my rental due date, and notified them that my income has changed, indicating I am now receiving Social Security Income, and I am not paid until the 11th of the month.  I advised them that I was desperately seeking employment and was having a hard time financially.  My request was denied.  Progress Residential then accessed additional late fees and court fees to my account.  In January 2026, I borrowed the money from family members to pay my account up to date.

I, Rolinda Denise Lett reached out to Progress Residential for the rental assistance program they offered, and there were no funding available.  I then requested if electrical, water and trash in which I am paying Progress Residential through third party could be put into my name directly, to possibly allow Senior discount assistance directly from the service provider, Progress Residential again denied my request.

I am now working a temporary part time job, and receiving my Social Security Income, however it is still not enough for me to afford the arrearages and to pay the high rental payments, plus attorney fees being requested.

On April 8, 2026, I made a payment to Progress Residential for all utilities owed through April 8, 2026 in the amount of $987.08.  (Receipt confirmation attached.)  This payment needs to be deducted from the amount of claim filed Olympus Borrower 1, LLC claim of $6,504.08 with the courts to be amended to $5,517.00.

I am seeking other alternatives for my living arrangements. I humbly ask the courts to allow me to maintain residence through one more Social Security payment of May 11, 2026, and I will be moved out of the property at 10662 Village Landing no later than May 20, 2026.

I accept the hearing date of May 6, 2026 in Courtroom 1201, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303.

Dated: Monday, April 20, 2026

Rolinda Denise Lett
10662 Village Landing
Jonesboro, GA 30238
(559) 260-1857
rolindalett@gmail.com

 Gmail

**Rolinda Lett <realtorrolinda@gmail.com>**

---

**Payment Confirmation**
1 message

---

**RentProgress Support Team** <no-reply@rentcafe.com>
Reply-To: CustomerCare@rentprogress.com
To: realtorrolinda@gmail.com

Wed, Apr 8, 2026 at 8:50 AM

---

 RentCafe

---

Payment Confirmation

Dear Rolinda:

Thank you for your payment.

**PAYMENT AMOUNT:**   $987.08

The payment information above confirms that you have authorized to have the amount shown above withdrawn from the specified payment account. To revoke or make changes to your authorization please contact your property manager.

**PAYMENT ACCOUNT:**  Checking XXXX-5544

**CONFIRMATION #:**    1583533

Progress starts here,

*View or edit your Account at http://resident.rentprogress.com.*

*Contact us with questions at 888-878-5016 or CustomerCare@RentProgress.com.*

You expressly acknowledge that any payments made by you to a property manager, owner, or a party other than Yardi ("Payee", will be submitted to Yardi, as a payment collection agent of the Payee, solely for the limited purpose of accepting and processing such payments. The delivery of the payment by you to Yardi, which acts as the limited payment collection agent of the Payee, shall satisfy your payment obligation to the Payee. Once such payment is received by Yardi on your behalf, you authorize Yardi to electronically credit the funds into the bank account designated by you (e.g., the bank account belonging to the Payee). In the event that Yardi does not properly remit any such payment amounts to the Payee, the Payee will

only have recourse against Yardi and not you directly. Assuming you have tendered the proper amount of funds due to us, your payment obligation to the Payee is extinguished upon our receipt of the funds. There is no risk of loss to you if Yardi fails to remit the funds to the Payee.

10662 Village Lndg, Jonesboro, GA 30238

This email was sent to realtorrolinda@gmail.com. To ensure you continue receiving our emails, please add us to your address book or safe list. You can opt out of email notifications by clicking here.

CERTIFICATE OF SERVICE

This is to certify that, in accordance with BLR 5005-5 (Bankr.N.D.GA) I have this date hand delivered the within and foregoing RESPONSE TO NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY, DEADLINE TO OBJECT AND HEARING in the above matter with the Clerk of Court, which will automatically send email notification of such filing to all parties or counsel of record, and specifically, to counsel of record for the parties in interest in this matter:

Cathy L. Scarver
PO Box 672587
Marietta, GA 30006


The Totten Firm, LLC
Matthew F Totten (Attorney for Movant)
5579 Chamberlee-Dunwoody Rd, Ste B-136
Atlanta, GA 30338
(404) 692-4342
mft@tottenfirm.com


Dated: Monday, April 21, 2026

*Roslinda D Lott*