FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2026 MAY -7  AM 8:57

VANIA S. ALLEN
CLERK

BY:_____

Certificate Number: 15322-GAN-DE-040597774

Bankruptcy Case Number: 26-50968

15322-GAN-DE-040597774

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 8, 2026, at 8:23 o'clock PM CST, Rolinda D LETT completed a course on personal financial management given by internet by 1$ Wiser Consumer Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Georgia.

Date:    February 8, 2026                    By:    /s/Richard Reibeling

                                            Name:   Richard Reibeling

                                            Title:   Certified Credit Counselor