# UNITED STATES BANKRUPTCY COURT

## Northern District of Georgia

In
Re:  **Rolinda Denise Lett**
Debtor(s)
10662 Village Landing
Jonesboro, GA 30238

**xxx−xx−3215**

Case No.: **26−50968−sms**
Chapter:  **7**
Judge:  **Sage M. Sigler**

**DISCHARGE OF DEBTOR(S) WITH ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION, CLOSING ESTATE AND DISCHARGING TRUSTEE**

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Bankruptcy Code, (the Bankruptcy Code).

It further appears that the trustee in the above styled case has filed a report of no distribution and said Trustee has performed all other and further duties required in the administration of said estate; accordingly, it is hereby

**ORDERED** that the said estate is closed; that the Trustee is discharged from and relieved of said trust.

_Sage M. Sigler_

Sage M. Sigler
United States Bankruptcy Judge

Dated:   May 11, 2026

Form 182

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION
REGARDING THE BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE**

FORM 182 continued

## EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. [In a case involving community property: There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

This discharge does not affect any property of the estate as defined by section 541 of the Bankruptcy Code, and the automatic stay of section 362(a) of the Bankruptcy Code continues to apply to any property of the estate unless and until the automatic stay has been terminated by order of the court or expires pursuant to section 362(c) of the Bankruptcy Code. Such property remains subject to administration by the trustee on behalf of the bankruptcy estate.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;
b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);
c. Debts that are domestic support obligations;
d. Debts for most student loans;
e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
g. Some debts which were not properly listed by the debtor;
h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;
i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.
j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**This Bankruptcy Discharge is an important document that you should retain in the event a copy is needed in the future. If you request a copy from the Clerk's Office at a later date, you will be required to pay a fee.**

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                                          Case No. 26-50968-sms

Rolinda Denise Lett                                                                    Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9                          User: bncadmin                                      Page 1 of 3

Date Rcvd: May 11, 2026                   Form ID: 182                               Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| cr | + | Olympus Borrower 1, LLC, The Totten Firm, 5579 Chamblee-Dunwoody Rd, Ste B-136, Atlanta, GA 30350 UNITED STATES 30338-4154 |
| 25683380 | + | AMEX/CBNA/DSNB, PO BOX 6789, SIOUX FALLS, SD 57117-6789 |
| 25683385 | + | CITY FINANCE & TAX S, 718 GREEN ST N.E., GAINESVILLE, GA 30501-3322 |
| 25683453 | + | Portfolio Recovery Svcs LLC, PO Box 530940, Atlanta, GA 30353-0940 |
| 25683423 | + | RICHARD A RUSSELL ESQ, ANDREU, PALMA, LAVIN & SOLIS, PLLC, 887 DONALD ROSS ROAD, JUNO BEACH, FL 33408-1611 |
| 25847480 | + | The Totten Firm, Matthew F. Totten, 5579 Chamberlee-Dunwoody Rd., Ste. B-136, Atlanta, GA 30338-4154 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| db | + | Email/PDF: rolindalett@gmail.com | May 11 2026 20:22:00 | Rolinda Denise Lett, 10662 Village Landing, Jonesboro, GA 30238-7981 |
| 25683051 | + | Email/Text: bankruptcy@1ffc.com | May 11 2026 20:29:00 | 1st Franklin, 4655 N Henry Boulevard, Stockbridge, GA 30281-3647 |
| 25683378 | + | Email/PDF: bncnotices@becket-lee.com | May 11 2026 20:30:28 | AMEX, PO BOX 981537, EL PASO, TX 79998-1537 |
| 25683381 | | EDI: BANKAMER | May 12 2026 00:18:00 | BANK OF AMERICA, PO BOX 982238, EL PASO, TX 79998-2238 |
| 25683382 | | EDI: TSYS2 | May 12 2026 00:18:00 | BARCLAYS BANK DELAWA, PO BOX 8803, WILMINGTON, DE 19899-8803 |
| 25683383 | | EDI: CAPITALONE.COM | May 12 2026 00:18:00 | CAPITAL ONE, PO BOX 71083, CHARLOTTE, NC 28272-1083 |
| 25683386 | | EDI: DISCOVER | May 12 2026 00:18:00 | DISCOVERCARD, PO BOX 30939, SALT LAKE CITY, UT 84130-0939 |
| 25683451 | | EDI: AMINFOFP.COM | May 12 2026 00:18:00 | FIRST PREMIER BANKCARD, 3820 N LOUISE AVE, SIOUX FALLS, SD 57107-0145 |
| 25683387 | | EDI: AMINFOFP.COM | May 12 2026 00:18:00 | FST PREMIER BANKCARD, 3820 N LOUISE AVE, SIOUX FALLS, SD 57107-0145 |
| 25683424 | + | EDI: JEFFERSONCAP.COM | May 12 2026 00:18:00 | JEFFERSON CAPITAL SYSTEMS LLC, 200 14TH AVENUE EAST, SARTELL, MN 56377-4500 |
| 25683388 | + | EDI: JPMORGANCHASE | May 12 2026 00:18:00 | JPMCB, PO BOX 15369, WILMINGTON, DE 19850-5369 |
| 25683452 | + | Email/Text: bankruptcy@marinerfinance.com | May 11 2026 20:27:00 | MARINER FINANCE, 8211 TOWN CENTER DR, NOTTINGHAM, MD 21236-5904 |
| 25683389 | + | Email/Text: bankruptcy@marinerfinance.com | May 11 2026 20:27:00 | MARINRFINC, 8211 TOWN CENTER DR, |

District/off: 113E-9  User: bncadmin  Page 2 of 3
Date Rcvd: May 11, 2026  Form ID: 182  Total Noticed: 28

| | | | | NOTTINGHAM, MD 21236-5904 |
|---|---|---|---|---|
| 25683425 | + Email/Text: bankruptcydpt@mcmcg.com | | May 11 2026 20:28:00 | MIDLAND CREDIT MANAGEMENT INC, 350 CAMINO DE LA REINA, SAN DIEGO, CA 92108-3007 |
| 25683426 | EDI: PRA.COM | | May 12 2026 00:18:00 | PORTFOLIO RECOVERY ASSOCIATES LLC, 120 CORPORATE BLVD, NORFOLK, VA 23502 |
| 25683390 | + Email/Text: bknotices@progressresidential.com | | May 11 2026 20:29:00 | PROGRESS RESIDENTIAL, 7500 N DOBSON RD #300, SCOTTSDALE, AZ 85256-2727 |
| 25683391 | + Email/Text: bankruptcy@regionalmanagement.com | | May 11 2026 20:27:00 | REGIONAL FINANCE, 979 BATESVILLE RD, GREER, SC 29651-6819 |
| 25683454 | + Email/PDF: resurgentbknotifications@resurgent.com | | May 11 2026 20:30:37 | Resurgent Capital Services:LVNV, PO BOX 10497, GREENVILLE, SC 29603-0497 |
| 25683427 | Email/PDF: resurgentbknotifications@resurgent.com | | May 11 2026 20:30:29 | Resurgent Capital Services:LVNV Funding LLC, PO BOX 10497, GREENVILLE, SC 29603-0497 |
| 25683392 | EDI: SYNC | | May 12 2026 00:18:00 | SYNCHRONY BANK/BELK, PO BOX 530940, ATLANTA, GA 30353-0940 |
| 25683428 | + Email/Text: accountservicing@trueaccord.com | | May 11 2026 20:27:00 | True Accord, 16011 College Blvd, Suite 130, Lenexa, KS 66219-9877 |
| 25683393 | + EDI: AGFINANCE.COM | | May 12 2026 00:18:00 | WEBBANK/ONE MAIN, PO BOX 3316, EVANSVILLE, IN 47732-3316 |

TOTAL: 22

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 25683379 | * | AMEX, PO BOX 981537, EL PASO, TX 79998-1537 |
| 25683384 | * | CAPITAL ONE, PO BOX 71083, CHARLOTTE, NC 28272-1083 |
| 25683429 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY ASSOCIATES LLC, 120 CORPORATE BLVD, NORFOLK, VA 23502 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2026  Signature:  /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Cathy L. Scarver | trusteescarver@bellsouth.net  ga06@ecfcbis.com;papc1@bellsouth.net;mark@markalavicpa.com |

District/off: 113E-9                          User: bncadmin                          Page 3 of 3
Date Rcvd: May 11, 2026                       Form ID: 182                            Total Noticed: 28

Matthew Franklin Totten
                     on behalf of Creditor Olympus Borrower 1  LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email

Office of the United States Trustee
                     ustpregion21.at.ecf@usdoj.gov


TOTAL: 3